ACCEPTED
14-14-0572-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 4:49:34 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-0572-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/14/2015 4:49:34 PM
CHRISTOPHER A. PRINE
Clerk

### RICHARD ALAN HAASE,

*Appellant,*

v.

### RANDY SORRELS, AND
### ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND, LLP,

*Appellees.*

Appeal from the 80th District Court, Harris County, Texas
Trial Cause No. 2011-17970
Hon. Larry Weiman, Presiding

## UNOPPOSED FIRST MOTION TO EXTEND TIME
## TO FILE APPELLEES' BRIEF

**Randall O. Sorrels**
State Bar No. 18855350
*rsorrels@abrahamwatkins.com*
ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND
800 Commerce St.
Houston, Texas 77002
(713) 222-7211 – Telephone
(713) 225-0882 – Facsimile

Attorney for Defendants and Appellees

To the Honorable Fourteenth Court of Appeals:

1.      Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellees, Randy Sorrels and Abraham, Watkins, Nichols, Sorrels, Agosto & Friend, LLP, file this Unopposed First Motion to Extend Time to File Appellees' Brief.

2.      The present deadline for filing Appellees' brief is Wednesday, May 27, 2015.

2.      Appellees seek a thirty (30) day extension of time—until Friday, June 26, 2015—to file their brief.

3.      This is Appellees' first request for an extension of time to file their brief.

4.      Good cause exists for the requested extension of time. Counsel for Appellees relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

a. Counsel for Appellees has responsibility in the following lawsuits of which trial and mediation dates are currently set, which will consume a large part of the month of May and June for the undersigned, leaving little time for the proper preparation of Appellees' brief:

(i) A trial date of May 25, 2015 for *Ellois, Henrietta v. Methodist Health Centers d/b/a Houston Methodist Willowbrook Hospital*; Cause No. 2014-39860; in the 164th District Court, Harris County, Texas;

(ii) A trial date of June 1, 2015 for *Bruns, Michelle v. Hall, Darren*; Cause No. 2012-73127; in the 55th District Court, Harris County, Texas; and

(iii) A mediation date of June 11, 2015 for *James F. Nelson III, Inc. v. Avison Young Inc.*, et al.; Cause No. 2014-30835; in the 55th District Court, Harris County, Texas.

5.     Counsel for Appellees seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

6.     The undersigned counsel for Appellees has conferred with Appellant Richard Alan Haase, Pro Se', and he has indicated that he is unopposed to this motion.

7.     All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

### PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellees' Brief and extend the Deadline for Filing Appellees' Brief up to and including Friday, June 26, 2015, and all other relief to which Appellees may be entitled.

Respectfully Submitted,

**ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND**

**Randall O. Sorrels**
Texas Bar No. 18855350
800 Commerce Street
Houston, Texas 77002
(713) 222-7211
(713) 225-0827 (Fax)
rsorrels@abrahamwatkins.com
*Counsel for Defendants and Appellees*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellant Richard Alan Haase, Pro Se',
regarding this motion and that Appellant is not opposed to this motion.

_____
RANDALL O. SORRELS


## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing and attached have been
served on the following on _____May 14_____, 2015

Richard Alan Haase, Pro Se'
4402 Ringrose Drive
Missouri City, Texas 77459
Phone: 281-261-9543
Email: Richard.haase@clearvalue.com

_____
RANDALL O. SORRELS